# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**
May 5, 2023

Lyle W. Cayce
Clerk

No. 22-30552

Nucor Steel Louisiana, L.L.C.; Dynamic Environmental Services, L.L.C.,

*Plaintiffs—Appellants*,

*versus*

HDI Global Insurance Company,

*Defendant—Appellee*.

Appeal from the United States District Court
for the Eastern District of Louisiana
USDC No. 2:21-CV-1904

Before Elrod, Ho, and Wilson, *Circuit Judges*.

Per Curiam:[*]

We have carefully considered this appeal in light of the briefs, oral argument, and pertinent portions of the record. Having done so, we find no error that would affect the judgment of the district court. We therefore affirm the judgment of that court.

---

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.